[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1298

THEODUS JORDAN,

Plaintiff, Appellant,

v.

DEPARTMENT OF EDUCATION; BOSTON PUBLIC SCHOOLS;
BOSTON TEACHERS FEDERAL CREDIT UNION
a/k/a Tremont Credit Union,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Joseph L. Tauro, U.S. District Judge]

---

Before

Torruella, Chief Judge,
Boudin and Lipez, Circuit Judges.

---

Theodus Jordan on brief pro se.
Maureen A. MacFarlane on brief for appellees Boston Public Schools and School Committee for the City of Boston.
A. Van C. Lanckton and Craig and Macauley on brief for appellee Tremont Credit Union (f/k/a Boston Teachers Federal Credit Union).

---

December 18, 2000

---

**Per Curiam**.  Plaintiff appeals from an order granting defendants' unopposed motions to dismiss the complaint or for summary judgment, and the denial of his belated motion to reconsider the dismissal.  Reviewing the dismissal of the complaint <u>de</u> <u>novo</u> in light of the record and the briefs on appeal, we see no error.  Plaintiff's complaint failed to state any cognizable claim for relief and he offered no reason to believe that an amendment might cure the defects in the complaint.  There was no abuse of discretion in the denial of his motion to reconsider the dismissal.

<u>Affirmed</u>.